# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Grocers Association<br><br>v.<br><br>City of West Hollywood<br>PLAINTIFF(S)<br>DEFENDANT(S). | CASE NUMBER<br><br>2:21-cv-01448 CBM(RAOx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |

## CONSENT

**TRANSFER ORDER DECLINED**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_____       _____
Date                                             United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

While both cases involve pandemic-related premium pay, the underlying facts involve different cities and different ordinances such that they do not arise out of the same or similar facts or transactions.

February 18, 2021                    /s/ Otis D. Wright
Date                                             United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:21-cv-00524 ODW(ASx)   and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*     [ ] *Statistics Clerk*

CV-34 (03/19)                    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)